FILED

2026 Jun-03  AM 10:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

STYLE: USA v Joiner

CASE NUMBER: 2:26-mj-268

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>(DEFENDANT)<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1 | 6.2.26 | | | | | | | 6.2.26 | dismissal of petition 5/28/26 |
| | 2 | | | | | | | | | |
| | 3 | | | | | | | | | |
| | 4 | | | | | | | | | |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| | 10 | | | | | | | | | |