**FILED**

2026 Jun-03  AM 10:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE PROBATE COURT OF SHELBY COUNTY, ALABAMA

| | |
|---|---|
| IN THE MATTER OF THE                )<br>INVOLUNTARY COMMITMENT OF   )<br>KATHERINE GRACE JOINER          ) | Case No:  PR-2026-001195 |

#### DISMISSAL OF PETITION FOR INVOLUNTARY COMMITMENT

This cause came before the Court for a Probable Cause Hearing on the Petition filed on May 19, 2026 by SHELBY COUNTY COMMUNITY MENTAL HEALTH LIAISON for the Involuntary Commitment of KATHERINE GRACE JOINER.  Proper notice was given to all necessary parties.  Present for the hearing were: SHELBY COUNTY COMMUNITY MENTAL HEALTH LIAISON, and KASEY M. CARTER ESQ.; P. SHAWN RUMSEY ESQ. KATHERINE GRACE JOINER was present .  The case was called and the Court proceeded to take testimony and review documents properly entered into evidence.

Based upon the evidence presented, the Court **FINDS** that KATHERINE GRACE JOINER does suffer from a mental illness which would meet the definition for involuntary commitment under the Code of Alabama and that the Respondent is willing to voluntarily seek the recommended level of treatment, thus dismissal is appropriate.  The Court therefore **ORDERS** that the petition filed by SHELBY COUNTY COMMUNITY MENTAL HEALTH LIAISON is hereby **DISMISSED WITHOUT PREJUDICE**.

**DONE and ORDERED** this 28 day of May, 2026.

_Allison S. Boyd_
Allison S. Boyd
Judge of Probate


cc:    KASEY M. CARTER ESQ.
P. SHAWN RUMSEY ESQ.
KATHERINE GRACE JOINER
CENTRAL ALABAMA WELLNESS
BAPTIST HEALTH SHELBY HOSPITAL

2:26-mj-268-JHE   USA v. Joiner
06/02/2026 Detention & Preliminary Hearing
Defendant's Exh. No. 1
