

**Posts**

kissmyxm15



2026 Jun-03  AM 11:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

CAM 6



♡ 21    ○    ⟳ 5    ▽ 4

**kissmyxm15** ai ai ai ai ai

ε 9 careful 3 - - - - - -

 

2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 1

#tcc #gurokawaii 🔪🦴  #headshot

February 12 · See translation