FILED
2026 Jun-03 AM 11:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

someone <u>kill</u> me oh and also merry columbine to tcc let's have a birthday party with party hats and other party stuff

*kissmyxm15 sent an image (ID 3879873575029503837)*



2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 2