kissmyxm15 (70529480623) - April 22 2026 09:43:14 pm UTC

happy birthday adam ó ^ ò ⌣ ⌣ ⌣ #truechimecommunity #tcc #adamlanza #birthday

*kissmyxm15 sent an image (ID 3881191289576654798)*



```
2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 3
```