


**Posts**

kissmyxm15   Follow

**kissmyxm15**
♫ Halle Uchida · We are made of meat

 22    2    4    1

**kissmyxm15** hello everypony Elliot Roger here. I'm officially no longer an incel and instead one of the girls. friendship is magic or whatever

May 9