2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 6

FILED

2026 Jun-03  AM 11:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

