FILED

AM 11:52

U.S.
CT COURT
ALABAMA



2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 9