FILED

2026 JU   3  AM 11:53
U.S. DI   CT COURT
N.D   F ALABAMA

