FILED

3  AM 11:53

CT COURT

ALABAMA



2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 11