FILED

2026 Jun  8  AM 11:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 12

