FILED

AM 11:53
CT COURT
ALABAMA



2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 13