FILED
2026 Ju   8  AM 11:53
U.S. DIS   CT COURT
N.D    F ALABAMA

