FILED

2026 Jun 3  AM 11:54
U.S. DISTRICT COURT
N.D. OF ALABAMA



2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 15