FILED

AM 11:54
U.S. DISTRICT COURT
N.D. ALABAMA



2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 16