**FILED**

2026 Jun-03 AM 11:55
U.S. DISTRICT COURT
OFFICIAL RECORD ALABAMA

FD-302 (Rev. 5-8-10)

-1 of 3-

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    05/21/2026

## CHILD VICTIM AND CHILD WITNESS IDENTITY INFORMATION

This document contains information regarding a child victim's or child witness's identity, which may only be disclosed to individuals who have a need-to-know such information by reason of their participation in the associated investigation or proceeding, or if disclosure is necessary to protect the welfare and well-being of the child.

Katherine "Kate" Joiner, date of birth (DOB) ▮▮▮▮▮▮▮, 2005, Social Security Number (SSN) ▮▮▮▮-6238, telephone number ▮▮▮▮-5970, was interviewed at her residence, ▮▮▮▮▮▮▮ Wilsonville, Alabama 35186. Federal Bureau of Investigation (FBI) Special Agent (SA) Torrey Clark and SA Samuel Ebeyer participated in the interview. Also present for the interview were two Shelby County Sheriff's Deputies. After being advised of the identities of the interviewers and nature of the interview, Joiner provided the following information:

Joiner confirmed her Instagram account username was "kissmyxm15" and her phone number was ▮▮▮▮-5970. Joiner used this Instagram account to talk to Ethan Bassett. She started talking to Ethan two (2) years prior. However, Ethan did things online that made Joiner uncomfortable so she blocked him for a time. When asked what these things were, Joiner advised he was controlling of her activity. A couple weeks ago, Ethan reinitiated contact with Joiner and Joiner accepted. At some point after contact was reinitiated, Bassett sent Joiner a photo of his thigh with her initials "KJ" carved into it. This scared Joiner. When asked if Bassett had a firearm, Joiner responded in the affirmative and said he recently acquired a long gun.

Joiner and Ethan had similar interests, namely of a group online known as "TCC." When asked what TCC meant, Joiner said it stood for True Crime Community. When asked what this group was about, she said it was people who shared an interest in true crime stories and school shooters like Adam Lanza and Elliot Rodger. Joiner was involved in TCC communities on Instagram, TikTok, Discord, and on Playstation.

2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 18

UNCLASSIFIED//FOUO

Investigation on  05/18/2026  at  Wilsonville, Alabama, United States (In Person)

File #  266Q-BH-4245503                                          Date drafted  05/20/2026

by  Torrey Justin Clark, Samuel G. Ebeyer

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

266Q-BH-4245503

(U//FOUO) Interview of Katherine "Kate"

Continuation of FD-302 of Joiner on 05/18/2026_____ , On  05/18/2026 , Page  2 of 3

[Agent note: At this point in the interview, Agents read aloud excerpts from Instagram chats between Joiner and Bassett in which they discuss a plan to kill people at a school before committing a joint-suicide.]

   Joiner advised she has been suicidal for a long time. She has been "cutting" her body for approximately two (2) years. She stated she had been bullied all throughout her schooling years and had few to no friends in real life. When asked about the plan to "kill people," Joiner confirmed she meant shooting people in a school setting and then killing herself. Joiner did not view people as people. Joiner viewed people as "faces". Joiner stated her father, Travis Joiner, had multiple firearms in the basement of their home that she had access to. Her plan was to sneak out of the house, take the guns, and meet with Ethan to carry out this plan. She viewed this plan as the only way she could think of to deal with the pain she was experiencing.

   Joiner attended Wilsonville Elementary School, Columbiana Middle School, and Shelby County High School.

   Joiner has a ██████████████ named ████ (MINOR, PROTECT IDENTITY). Joiner spends time with ████ and takes ███ places like the mall.

[Agent note: At this point in the interview, Joiner was asked about the Instagram message she sent about targeting her elementary school, but ████ attends that school, so she did not want to target it. Joiner began to cry when ██████ attending the school was mentioned.]

   Joiner's mother, Jona Jones, is terminally ill and is hospitalized. Joiner tries to spend time with Jones at the hospital to improve their relationship before she dies.

[Agent note: When talking about her mother, Joiner began to cry.]

   Joiner chats online with someone named Michael who she believed to be from Illinois.

[Agent note: During the interview, Joiner provided verbal consent in the presence of SA Clark and SA Ebeyer to search her cell phone, which was identified as an iPhone 16. Joiner advised this was the device she used to communicate on Instagram. SA Clark and SA Ebeyer reviewed an active Instagram chat with Ethan Bassett at various times throughout the interview.]

UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

266Q-BH-4245503

Continuation of FD-302 of (U//FOUO) Interview of Katherine "Kate" Joiner on 05/18/2026 , On 05/18/2026 , Page 3 of 3

UNCLASSIFIED//FOUO