FILED

2026 Jun-03 PM 12:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

Type: Description of what type of attachment.

Size: The size of the file sent.

URL: URL of the content.

Body: Text of communication, or description of content type sent.

Share: Items shared into the communication thread between account holders.

Date Created: Date and timestamp associated with the share.

Text: Content of the share.

URL: URL of the content.

**Unified Messages**     **Thread** (1301790907919898)

        **AI** false

        **Current Participants** 2026-05-19 01:26:58 UTC

               ethanb.bps (Instagram: 22247011286)

               kissmyxm15 (Instagram: 70529480623)

        **Read Receipts** Enabled

        **Author** ethanb.bps (Instagram: 22247011286)

        **Sent** 2026-05-12 00:49:41 UTC

        **Body** I did something you have all right to be mad but do you like it

        **Disappearing Message** Off

        **Disappearing Duration** 7 days

        **Author** kissmyxm15 (Instagram: 70529480623)

        **Sent** 2026-05-12 00:49:50 UTC

        **Body**

2:26-mj-00268-JHE
06/02/26 DET. HEARING
GOVT EX NO 19

Meta Platforms Business Record Page 4

what

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:50:17 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1323193599709551 (1323193599709551)

>**Type** image/jpeg
>
>**Size** 64116
>
>**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/686987561_1323193603042884_2626814050160228994_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QF0fWysxgK7HL8GbPtdJHFe-0788ZG4QBEusqQfSN-UBA&oe=6A3318D1



**Linked Media File:** linked_media/unified_message_1323193599709551.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 00:50:26 UTC

**Body** WHAT

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:50:46 UTC

**Body** i know you deserve more than cat scratches

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:51:10 UTC

**Body** but my razor sucks and i prefer that over a knife

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:51:30 UTC

**Body** it's on my upper thigh

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:51:43 UTC

**Body** should i go deeper what's your thoughts

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 00:52:10 UTC

**Body** ur joking right

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:52:53 UTC

**Body** you know i don't

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 00:53:44 UTC

**Body** idek what to say bro

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:54:45 UTC

**Body** i'd hope you'd be disappointed i did it for you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:55:22 UTC

**Body** but not being corny genuinely felt like a relief and i considered going deeper

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:56:44 UTC

**Body** sorry i could have done better for you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 00:57:07 UTC

**Body** you do deserve it after the things i did to you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

2026-05-12 01:00:49 UTC

**Body** i also wanted to show you my ar i bought

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:01:09 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1125006766490030 (1125006766490030)

      **Type** image/jpeg

      **Size** 40805

      **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/689306629_1125006769823363_6659795429691224789_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QEwBw7rkYt40vGofMs2t5x4vlA9m9zZ2icGYByQL_YNlA&oe=6A33212B



**Linked Media File:** linked_media/unified_message_1125006766490030.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:01:14 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-912515231820823 (912515231820823)

> **Type** image/jpeg
>
> **Size** 38734
>
> **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/691273592_912515235154156_7511727438129278374_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHg50VatW2SAnV0_EP9VMIp_kGhs2JScCAI1wntSZEqQw&oe=6A332CD3



**Linked Media File:** linked_media/unified_message_912515231820823.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:02:44 UTC

**Body** ohwow

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:04:27 UTC

**Body** i don't know what to say

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:05:41 UTC

**Body** don't have to say anything i did it because you deserve it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:06:21 UTC

**Body** when i said id do anything you need to know i would

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:06:44 UTC

**Body** anything for someone who treated me like a human

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:08:12 UTC

**Body** kat you know id do anything you asked right

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:08:40 UTC

**Body** I dont know

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:09:28 UTC

**Body** i would even know we shouldn't talk anymore i would

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

Meta Platforms Business Record Page 02

kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:10:46 UTC

**Body** why are you still thinking of me it's been months

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:12:31 UTC

**Body** i may be crazy but i don't think i can move on

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:14:23 UTC

**Body** you really did something to me that i can't just let go or either the love you gave changed my thought process

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:14:50 UTC

**Body** i would really let you do anything you wanted to i just didn't know how to say it without seeming weird

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

Meta Platforms Business Record Page 03

2026-05-12 01:15:26 UTC

**Body** there were several things i hid feelings wise because i didn't think id match your energy

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:16:14 UTC

**Body** i genuinely wanted you to humiliate me and use me i wanted you to feel power

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:16:20 UTC

**Body** and take your anger out on me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:17:25 UTC

**Body** arre you messing with me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:17:49 UTC

**Body**

i'm not i promise all of this is 100% me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:18:27 UTC

**Body** kat i was scared and what i was scared was going to happen if i let you know what i really thought did happen

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:18:46 UTC

**Body** and i didn't even tell you what i was really thinking most of the time

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:19:15 UTC

**Body** and i really really feel like if i would have let you know that things would have been better

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:20:12 UTC

**Body** i realized i was trying to make you change things you didn't want to change and i'm sorry for that

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:21:02 UTC

**Body** i never really had the best opinions i mean you even know i'm a idiot

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:21:34 UTC

**Body** you deserve friends and anything that i was blocking you from

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:22:10 UTC

**Body** i was trapping you and i didn't even think i was but it was obvious

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:23:03 UTC

**Body** and most of the time i wasn't even being myself i was trying to hide it so you wouldn't think i was crazy

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms Business Record Page 06

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:23:47 UTC

**Body** every time we talked about things like knife play and hurting each other and that you wanted me to hurt you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:24:19 UTC

**Body** i wanted to i wanted to come out and agree but i didn't want to seem as if i was in the wrong for agreeing

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:24:52 UTC

**Body** i didn't want you to ever switch on me and it end up being a trap

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:25:55 UTC

**Body** towards the end some of it was showing the weird crazy side you seen it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:28:58 UTC

**Body** i don't even know what ahead of me anymore i'm not planning on college anymore im graduated and im just sitting around with you living rent free in my brain

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:39:19 UTC

**Body** I've been sitting in the chat for 15 minutes and I'm still just thoughtless

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:41:27 UTC

**Body** There's other places that have scarred now but while we were dating i'd cut sometimes while thinking about you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:42:01 UTC

**Body** and i'd think only if i could tell her but in reality i just wanted to help you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

2026-05-12 01:42:30 UTC

**Body** i was doing the best i could i know you seen that sometimes when i was being a dick

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:44:14 UTC

**Body** sometimes when i brought up my body dysmorphia because i thought i wasn't good enough in my own body i meant it i don't know what to do with myself

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:44:50 UTC

**Body** you were kinda like my way out but when you came along there was a lot that we could both relate to but i genuinely didn't want to bring up most of it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:45:16 UTC

**Body** because i seen it as if i was trying and i wasn't being negative i could help you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:45:41 UTC

**Body**

but i think if i didn't try and if i was just myself you wouldn't have enjoyed that more

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:45:54 UTC

**Body** but i think if i didn't try and if i was just myself you would have enjoyed that more (edited)

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:48:47 UTC

**Body** Nothings changed except i'm myself now just stuck on you if you've ever fantasized about a crazy ex you've got it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:51:55 UTC

**Body** I don't think there's any point of staying stuck on me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:52:15 UTC

**Body** once I get the courage I'm gonna kms and I hope it's soon

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms Business Record Page 20

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:54:43 UTC

**Body** you'd know i'd join you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:57:57 UTC

**Body** no you wouldn't

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:58:15 UTC

**Body** I don't think you'd really do it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:59:30 UTC

**Body** Why do you think i bought such a nice gun i want to go out pretty

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:00:09 UTC

**Body** taking my own life is something that sits on my brain just haven't been pushed far enough to do it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:00:33 UTC

**Body** killing also sits if i could get away with it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:00:58 UTC

**Body** my dad has a lot of guns downstairs we could meet up and do something

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:01:32 UTC

**Body** what's your plans

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

2026-05-12 02:01:44 UTC

**Body** or anything you've thought on and haven't said

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:04:05 UTC

**Body** I haven't really made a plan but killing people and then myself has been on my mind for a while I wouldn't mind doing it with you. a while ago I wanted to break into my elementary school but abby came to my mind and I couldn't do something like that to her. so my high school came to mind but id meet up with you and we could have some fun somewhere maybe somewhere small with low to no security. we need time. a lot

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:04:47 UTC

**Body** we need a few days

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:05:01 UTC

**Body** somewhere to practice and plan

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:05:16 UTC

**Body**

we can't just jump in with nothing you know

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:05:45 UTC

**Body** No i fully agree but i thought you would have targets in mind not just anyone

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:06:07 UTC

**Body** kinda like i was planning if you got with anyone else to make a move on you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:06:44 UTC

**Body** i wasn't ever joking about a knife fight between me and you i still think you'd win though

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:07:09 UTC

**Body** you've always been into this stuff more than me but i'm honestly your follower

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:08:00 UTC

**Body** nothing you would want to do before you die?

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:09:16 UTC

**Body** I don't think so maybe get chocolate mint ice cream

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:09:31 UTC

**Body** Reacted 🩷 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:10:23 UTC

**Body** Your adorable yeah sounds great

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms Business Records Page 23

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:10:50 UTC

**Body** that's so hot i didn't think your murderous intentions were this high

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:12:04 UTC

**Body** well bc if I told anyone id probably get put on a watchlist or something before I could even do anything

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:12:20 UTC

**Body** I'm probably already on one rn with the government on my phone

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:12:36 UTC

**Body** You probably already knowing the government yeah what

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

Meta Platforms Business Record Page 23

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:13:40 UTC

**Body** kat would you ever want to hurt me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:14:11 UTC

**Body** I don't think so

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:14:24 UTC

**Body** i'm not talking like baby cuts i'm talking really hurting me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:14:25 UTC

**Body** why

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent**

Meta Platforms Business Record Page 23

2026-05-12 02:15:00 UTC

**Body** like stabbing you or something?

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:15:16 UTC

**Body** Reacted 🩷 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:15:42 UTC

**Body** that's a hard question

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:15:56 UTC

**Body** avoiding main arteries so you could do it over and over

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:16:42 UTC

**Body**

id want you to do it to me instead probably

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:16:56 UTC

**Body** would you hurt me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:17:21 UTC

**Body** you know i would and comfort while doing it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:17:55 UTC

**Body** would you kill me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:18:37 UTC

**Body** No fun i want you to suffer with me

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:18:45 UTC

**Body** depends how bad you want it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:19:28 UTC

**Body** what if we hurt each other and what if we kill each other at the same time

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:19:55 UTC

**Body** Reacted 💗 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:20:22 UTC

**Body** that's so hot what about late trigger pull

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:20:30 UTC

**Body** count down

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:21:05 UTC

**Body** Better not hesitate

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:21:14 UTC

**Body** I wouldn't

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:22:41 UTC

**Body** you know i'd love to have fun with you before we did anything

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

Meta Platforms Business Record Page 35

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:22:54 UTC

**Body** celebration is a thing

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:23:54 UTC

**Body** i'm talking use you how you've wanted

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:24:09 UTC

**Body** sex?

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:24:28 UTC

**Body** anything your into

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent**

2026-05-12 02:25:08 UTC

**Body** if you wanted to id let you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:25:34 UTC

**Body** want to connect with your soul before taking it i'd hope you'd want it to

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:26:30 UTC

**Body** people don't matter nobody does but you would be taking part in something with me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:26:36 UTC

**Body** i'm doing everything we talked about

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:27:16 UTC

**Body**

Meta Platforms Business Record Page 33

I just dont want you to have so much fun that you don't want to go thru with what we plan

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:28:11 UTC

**Body** if i did to the point of you being miserable and not able to move i've succeeded i'd be happy if you were

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:28:37 UTC

**Body** after my life would be yours to take since i just did that to you and id take yours at the same time

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:28:51 UTC

**Body** after doing whatever you wanted to do

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:29:22 UTC

**Body** i worship you

**Disappearing Message**

Meta Platforms Business Records Page 34

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:29:44 UTC

**Body** even after you've tried getting away from me i still do because i still feel connected

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:31:12 UTC

**Body** you could be the jane to my jeff

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:32:02 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1390073803164292 (1390073803164292)

**Type** image/jpeg

**Size** 41246

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/657606312_1559241045139883_8745191970674628349_n.jpg?stp=dst-jpg_p640x640_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9vdb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QEvomcc9lDST6k7IX7lFVblDma-GwWfUyTG2aqI4qKFKw&oe=6A332447



Meta Platforms Business Record Page 33

**Linked Media File:** linked_media/unified_message_1390073803164292.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:32:13 UTC

**Body** Reacted 🫠 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:32:51 UTC

**Body** loved movie star planet

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:33:17 UTC

**Body** I'm serious about this I hope you know I'm not being edgy or something stupid. I've been wanting to do something like this but I'm too much of a coward. now that you're here I feel better

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:33:59 UTC

**Body** Never hesitate or be scared to do something especially things you've always wanted to

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:34:08 UTC

**Body** it was going to be it for me if you didn't work

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:34:11 UTC

**Body** i told you that

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:34:37 UTC

**Body** if me coming out to you about how i really am didn't help

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:34:41 UTC

**Body** that was it for me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

Meta Platforms Business Record Page 33

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:35:05 UTC

**Body** didn't spend 1,200 on a gun for nothing

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:35:42 UTC

**Body** it was either that or suffer

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:38:47 UTC

**Body** it kinda hurts that I'm gonna seem like a monster to my family. and my mom. she's been getting better for me and now that's all gonna go down the drain for you and for us. maybe I'm an idiot but I feel like this is the right decision. I've always felt like I was meant to die this way at least killing myself

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:39:45 UTC

**Body** that's what parents are made for they should have been that way in the start

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

2026-05-12 02:40:13 UTC

**Body** and i'm not hating or being mean but it's kinda like the sad reality of today's society

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:40:22 UTC

**Body** parents don't parent anymore

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:40:27 UTC

**Body** I don't have a mom or dad

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:40:51 UTC

**Body** if anything they made you this way and it's not your fault

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:41:09 UTC

**Body**

your loved by me and them but that's how it should have been in the beginning

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:41:30 UTC

**Body** not something new or something to be praised if you know what i mean

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:41:48 UTC

**Body** atleast you see that she is trying a lot of people just don't care anymore

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:42:19 UTC

**Body** your not a monster your a girl in a shitty world shitty society with a shitty government

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:42:48 UTC

**Body** nobody wants to live in just nobody has the courage to do nor admit to what you've told me today

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:44:12 UTC

**Body** i don't know what's wrong with the world anymore everyone is preds and rapest

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:44:31 UTC

**Body** can't even trust disney i know you've heard about the disney crew ship

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:45:05 UTC

**Body** and how selfish those people were to get off that other ship. that's another thing wrong with society. selfish and greedy

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:45:51 UTC

**Body** who knows the hantavirus is probably covid 2

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:46:10 UTC

**Body** it's self planted by the government

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:46:10 UTC

**Body** it's so deadly to everyone says it's a cover up because of what happened with disney

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:46:17 UTC

**Body** Reacted 💗 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:46:34 UTC

**Body** most of everything is now days

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

Meta Platforms Business Record Page 42

kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:47:50 UTC

**Body** society is a disease and everyone needs to die I don't care how good someone is there is too many bad that it doesn't matter bc bad always outshines good people

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:49:56 UTC

**Body** everyone has secrets they don't talk about it's just that not everyone gets caught

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:50:04 UTC

**Body** Reacted 🩷 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:50:39 UTC

**Body** is there even good people

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

2026-05-12 02:50:49 UTC

**Body** most definitely not

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:50:54 UTC

**Body** the past year has proved good people are bad too

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:51:16 UTC

**Body** why be good when bad is more powerful usually

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:51:40 UTC

**Body** bad brings control and power

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:52:16 UTC

**Body**

police are supposed to be good must most of them are corrupt just for the fun of killing blacks

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:52:26 UTC

**Body** which i can get behind but that's besides the point

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:52:37 UTC

**Body** 😩

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:53:11 UTC

**Body** honestly black people are just bad. they're all ghetto and entitled just bc they're black

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:53:20 UTC

**Body** people are bad

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:53:25 UTC

**Body** everyone is bad

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:53:47 UTC

**Body** including me and you both

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:54:34 UTC

**Body** just not weird entitled freaks that stay on the look out for kids to prey on

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:54:59 UTC

**Body** i honestly think we are better than most out there just not good either

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:55:41 UTC

**Body** we were good at one point but it's gone down the drain over time

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:57:12 UTC

**Body** no matter how bad you got I definitely still love the hell out of you even though you hate my insides

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:58:23 UTC

**Body** I don't hate you I'm just I dunno on the fence

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:58:55 UTC

**Body** and stay where your comfortable but i owe you my life

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

Meta Platforms Business Record Page 45

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:59:49 UTC

**Body** i'd definitely let you be a cannibal and eat me if you wanted to is all i'm saying

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:01:15 UTC

**Body** bigger fish to fry than eating you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:01:34 UTC

**Body** maybe if I was completely out of my mind I would

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:02:39 UTC

**Body** i'd eat you wonder what part of you taste best

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent**

2026-05-12 03:03:06 UTC

**Body** I think I heard palm is best

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:03:07 UTC

**Body** only you though fuck everyone else

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:03:20 UTC

**Body** palm i wonder why that is

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:03:30 UTC

**Body** I dunno I could be remembered wrong

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:04:16 UTC

**Body**

remembering oops

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:04:40 UTC

**Body** i don't eat them but bbq ribs are apparently good so what about human ribs

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:05:01 UTC

**Body** Ethan sent a sticker.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:05:08 UTC

**Body** it's probably the same

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:05:15 UTC

**Body** isn't human meat sweeter too

**Disappearing Message**

Meta Business Account Records Page 50

Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:05:23 UTC

**Body** and that's why it's so addicting

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:05:42 UTC

**Body** lets ask Epstein

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:05:52 UTC

**Body** lemme dial him up

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:07:28 UTC

**Body** trumps had his fare share can definitely ask him aswell

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms Business Record Page 53

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:07:42 UTC

**Body** fare

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:08:22 UTC

**Body** I cut my hair

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:09:05 UTC

**Body** wait actually it was pretty how short did you cut it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:10:06 UTC

**Body** Are you still doing black haven't fully set on dying your hair pink or any other color yet?

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:12:48 UTC

**Body** I kept it long I just did kinda emo hair I guess

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:12:52 UTC

**Body** I think it looks better

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:13:28 UTC

**Body** Reacted 😩 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:13:31 UTC

**Body** I bet it does

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

2026-05-12 03:13:43 UTC

**Body** wish i could see

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:14:17 UTC

**Body** i mean my hair is different aswell still curly but i just style it differently

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:14:28 UTC

**Body** longer to

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:15:12 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1528037858741364 (1528037858741364)

          **Type** image/jpeg

          **Size**

15623

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/688952142_1528037862074697_397200940463070841_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QEr7i55Ln2CrJ_G7YV_1QuyisiLAwnT-R_qstXBNNDKPA&oe=6A33334F



**Linked Media File:** linked_media/unified_message_1528037858741364.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:16:21 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-855267186944671 (855267186944671)

> **Type** image/jpeg
>
> **Size** 25646
>
> **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/632993050_1364801472114454_6666106222528553147_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QFu2r25unUNcyCFAZIi2O82AEBMc_gnkVFLV5yurpXDdw&oe=6A33231B



**Linked Media File:** linked_media/unified_message_855267186944671.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:16:34 UTC

**Body** Heh hey there

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:16:42 UTC

**Body** You sent a GIF.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**    **Date Created** Unknown

**Url** https://media1.giphy.com/media/v1.Y2lkPTIwMmUwMjFmY25ydmxxNTdzYXNxaHZyOTF3
bTc5OGJraTdkbDdwdWpkN3poMDBjeSZlcD12MV9naWZzX2dpZklkJmN0PWc/IrzlS7VW5m
tXfyyxnD/200.gif

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:23:29 UTC

**Body** sorry my dog needed attention

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:23:51 UTC

**Body**

Uhhhh can i uhhh can i be your cat boy

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:24:23 UTC

**Body** hows lulu been doing

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:24:38 UTC

**Body** being a pain in my side

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:24:43 UTC

**Body** I miss lucy

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:26:45 UTC

**Body** always i didn't really get to know lucy all that well but you let me know how she was a chill dog i was getting to know her

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:26:52 UTC

**Body** but i would have loved to meet her one day

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:27:36 UTC

**Body** you can meet her ashes😭

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:28:07 UTC

**Body** Stop

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:28:18 UTC

**Body** 😭

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms Business Record Page 53

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:28:26 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-26298214929858040 (26298214929858040)

      **Type** image/jpeg

      **Size** 15874

      **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/688198910_1016823917669300_1973062145272299636_n.jpg?stp=dst-jpg_p600x600_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHEqt2Bg-6ont431mUpRhqb8xxYdNjtcnA8MiedT8VCug&oe=6A331B86



**Linked Media File:** linked_media/unified_message_26298214929858040.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:28:44 UTC

**Body** how is ur dog

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:29:05 UTC

**Body** sleeping behind me right now he's so chill

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:29:11 UTC

**Body** already potty trained and everything

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:29:19 UTC

**Body** hell yeah

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms Business Record Page 63

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:29:42 UTC

**Body** sometimes lulu pisses in the house if its raining :| I hate her sm she's gross dude

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:30:58 UTC

**Body** Lulu is lulu i still remember dying laughing at her earrapeing the mic you would like make her growl into the mic

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:31:02 UTC

**Body** and it was like cursed

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:32:19 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments**

Meta Platforms Business Records Page 62

(1294987455499482)

**Type** image/jpeg

**Size**

**URL** https://interncache-eag.fbcdn.net/v/t69.46293-2/692553315_1294987458832815_6178605925910141203_n.?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=ed1755&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZVJhdmVuSW1hZ2UtRFJJTWVkaWFVdGlscy1vdGhlcl9kYXRhX21vZGVsIn0%3D&_nc_zt=28&_nc_gid=8jhDceyr1MdphpzSGzVVIQ&oh=03_Q7cD5QFVQNrbSTwbXNwHZpmR1msurG5a0AirftR7eJXmrk5nkA&oe=6A0D894E

**Product Type** REPLAYABLE



**Linked Media File:** linked_media/unified_message_1294987455499482.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:33:37 UTC

**Body** aweeeee kawaiiii

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:33:47 UTC

**Body** bro she still growls like that and it's so loud

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:33:50 UTC

**Body** He's my twink dog

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:33:58 UTC

**Body** Fritz is a twink lowkey

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:34:17 UTC

**Body** what about the bunnies did you also kill them like the last one you had

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:34:56 UTC

**Body** Stop

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:35:01 UTC

**Body** it was sick

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:35:07 UTC

**Body** i swur

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:35:14 UTC

**Body** i'm going to break my monitor i swur

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:35:30 UTC

**Body** They are still doing great

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:35:41 UTC

**Body** i love them especially the white one

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:38:10 UTC

**Body** I wish I had a bunny

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

Meta Platforms Business Records Page 63

2026-05-12 03:38:21 UTC

**Body** i'll give you one i have 3

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:39:23 UTC

**Body** okii

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:41:30 UTC

**Body** Im not going to hold you against your will and make you talk to me 😩

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:42:14 UTC

**Body** stay on the fence till you trust me but know i love you and id do anything that comes to your mind

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:43:09 UTC

**Body**

any desire any thing you fantasize about i loved you and i finally feel like i can be myself and be 100% with you now that you know im crazy

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:44:19 UTC

**Body** But you've known that just not every detail sorry if i stressed

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:44:28 UTC

**Body** i have a question though

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:45:19 UTC

**Body** what is iy

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:45:21 UTC

**Body** it

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:45:35 UTC

**Body** can we be moots again

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:46:20 UTC

**Body** yesss

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:46:59 UTC

**Body** No weird intentions just know i'm here and i want to do what i said but it's going to take some time

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:47:08 UTC

**Body** you can probably agree on that

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms Business Record Page 63

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:47:44 UTC

**Body** what do you think

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:48:21 UTC

**Body** yeah I know

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:49:00 UTC

**Body** We will talk about it again when your ready i'm not backing out on you so don't back out on me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:49:48 UTC

**Body** I'm not backing out

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:49:51 UTC

**Body** trust me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:51:08 UTC

**Body** i love you girl hey i'd love to play some time just let me know i'm still rusty at dbd i played trickster earlier trying to get better with him

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:52:05 UTC

**Body** okii maybe tmrw if you're not busy I shouldn't be unless my friend wants to play

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:52:25 UTC

**Body** kinda have just been bumming it and playing on my own i've been playing a lot of silent hill and resident evil

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

Meta Platforms Business Records Page 03

2026-05-12 03:52:29 UTC

**Body** Reacted 🩷 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:53:03 UTC

**Body** Yeah of course i'll be free more and likely but you do you if you don't have anyone and wanna run something text me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:54:44 UTC

**Body** I finished that one game I was playing for you the girl with the gun and she's shooting ghost

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:55:08 UTC

**Body** I wanna get sallyface but I'm waiting to see if it goes on sale

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:55:55 UTC

**Body**

Meta Platforms Business Record Page 70

it's only 15 should just get it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:56:41 UTC

**Body** i was waiting for the remaster of postal 2 to come out

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 03:56:46 UTC

**Body** if you know what that is

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 03:58:41 UTC

**Body** yeaaaahhh but I only have 50 bucks ;~; the arcade wasn't hiring ofc so I'm broke

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 04:01:28 UTC

**Body** Fuck the arcade man

**Disappearing Message**

Meta Account Business Record Page 73

Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 04:01:43 UTC

**Body** fr

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 04:01:50 UTC

**Body** litterly no where in your town hires apprenntly

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 04:02:53 UTC

**Body** well probably food places but I refuse to work there

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 04:03:46 UTC

**Body** the right mindset honestly

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 04:08:40 UTC

**Body** i lost the video that I had for the nso endings and I'm really sad

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 04:21:25 UTC

**Body** wait like what do you mean a video you made of the nso endings or like your saved data

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 04:22:09 UTC

**Body** i honestly could see you getting the platinum trophy for nso

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 04:22:20 UTC

**Body** i loved watching you play i got invested

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 04:30:34 UTC

**Body** no I saved a video to help me figure out the endings but I lost it I think it was on my account that got banned

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 04:40:15 UTC

**Body** Damn it faaaak definitely go back and find it then platinum it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 19:45:57 UTC

**Body** I can't

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 00:05:26 UTC

**Body** i just ordered stuff to larp Jeff

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent**

2026-05-13 02:39:29 UTC

**Body** boi I just roke up

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 02:39:32 UTC

**Body** wat did you get

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 02:55:44 UTC

**Body** i roke up at around 6:30ish

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 02:57:25 UTC

**Body** Heh i got my contacts from Moco queen and i got wet n wild black and white eye liner eye shadow

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 02:58:28 UTC

**Body**

and i got a immetee Scar wax kit with fake blood

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 02:58:56 UTC

**Body** and i already have the white hoodie and black jeans black trousers could also work

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 03:00:33 UTC

**Body** i also got a better razor it's retractable kinda like yours

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 03:01:45 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-2036721831055752 (2036721831055752)

**Type** image/jpeg

**Size** 52650

**URL**

https://interncache-eag.fbcdn.net/v/t1.15752-9/614899677_955496780491380_1911895183787476664_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURRSU1lZGlhVXRpcHMtb3RoZXJfZGF0YV9tb2RlCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QELmtjAYjMZeJ0jKor6gGSgwHJd-WDV7FZLY1Ww85B2qg&oe=6A333483



Meta Platforms Business Record Page 73

**Linked Media File:** linked_media/unified_message_2036721831055752.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 03:07:18 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-2822478858117867 (2822478858117867)

    **Type** image/jpeg

    **Size** 32423

    **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/687641597_2822478864784533_3620516336465997362_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QFO-BAksaTM_xMoehqCOFWzbn496R9k309sYa8mNqgetQ&oe=6A3346EE



Meta Platforms Business Records Page 88

**Linked Media File:** linked_media/unified_message_2822478858117867.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 03:07:28 UTC

**Body** hell yeah

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 03:37:53 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-2336757006873241 (2336757006873241)

> **Type** image/jpeg
>
> **Size** 72734
>
> **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/688033156_2336757010206574_6063957905438061988_n.jpg?ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHWMyxvKk1Mf4n4SHvgXmGAq70yo3JtA7eg-ypBYDThlg&oe=6A33426C



**Linked Media File:** linked_media/unified_message_2336757006873241.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 03:43:49 UTC

**Body** You sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**   **Date Created** Unknown

**Text**
**Url** https://www.instagram.com/reel/DVW_lTjDTbr/?id=3843538972547299051_31801443548

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 03:48:23 UTC

**Body** Reacted 😩 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 03:48:25 UTC

**Body** the pot

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

Meta Business Record Page 82

2026-05-13 03:49:43 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**    **Date Created** Unknown

**Text** Mark Zimmermann (born 11 May 1998), better known online as ohnePixel, is a German Twitch streamer and YouTuber widely recognized for his deep expertise in skins and trading within Counter-Strike: Global Offensive and Counter-Strike 2. He has grown into the second-largest Counter-Strike streamer worldwide, surpassed only by Gaules. Early life Zimmermann was born on 11 May 1998 and raised in Lüneburg, Lower Saxony, Germany. Career ohnePixel began his streaming career in 2021. Following the release of Counter-Strike 2, he became especially prominent for regularly streaming the game and highlighting bugs and issues. In July 2023, he received a donation of CS:GO items valued at approximately $129,000. The items, largely consisting of in-game cases, were opened live on stream in what became the largest case-opening event in the game's history—though it ultimately resulted in a major loss. In 2024, ohnePixel partnered with YouTuber zipel to launch a skin marketplace, which quickly crashed due to overwhelming demand. He later acquired the platform Skinbid together with ULTI Agency. Beyond content creation, ohnePixel also signed and coached a Counter-Strike team, DRILLAS, aiming to qualify for the Perfect World Shanghai Major 2024. The team successfully reached the APAC RMR after winning the Middle Eastern qualifiers but was eliminated shortly thereafter. Their participation sparked controversy, as only two of the five players were from the APAC region, leading to criticism from the APAC community, who viewed the move as an attempt to take a regional slot away from local teams. #CounterStrike #CSGO #CS2 ohnepixel

**Url** https://www.instagram.com/reel/DX8S80UgYav/?id=3890067522325677743_41425077051

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 03:50:42 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**    **Date Created** Unknown

**Text** Tonight, @thv took a turn in the audience as he watched @gracieabrams and @dojacat perform at #VogueWorld: Hollywood. No stranger to a fashion show either, the @bts.bighitofficial star dressed in a look that could have easily appeared on the runway.

**Url** https://www.instagram.com/reel/DYJK45-qdAi/?id=3893691243848912930_21444784387

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 04:17:18 UTC

**Body** bruh I saw that the other day

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

2026-05-13 04:47:42 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**    **Date Created** Unknown

**Text** #minecraft #challenge #clips #alive #viral

**Url** https://www.instagram.com/reel/DYl0SLgtqCd/?id=3893591825590952093_46467668437

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 04:48:12 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-2373788429769232 (2373788429769232)

**Type** image/jpeg

**Size** 17510

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/632946645_1972813003594076_784445952180042963_n.jpg?ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHx6m6bUvN-j_tlD2GPckpYWXwNAc6Eq66Gj7LlBBgFlA&oe=6A3320AD



Meta Platforms Business Record Page 83

**Linked Media File:** linked_media/unified_message_2373788429769232.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 04:49:42 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** (742461578957055)

> **Type** image/jpeg
>
> **Size**
> **URL** https://interncache-eag.fbcdn.net/v/t69.46293-
> 2/696128670_742461582290388_8828406898276214367_n.?stp=dst-
> jpg_p843x403_tt6&ccb=1-
> 7&_nc_sid=ed1755&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW
> 9nZW46RW50TWVzc2FnZVJhdmVuSW1hZ2UtRFlJTWVkaWFVdGlscy1vdGhlcl9k
> YXRhX21vZGVsln0%3D&_nc_zt=28&_nc_gid=8jhDceyr1MdphpzSGzVVlQ&oh=
> 03_Q7cD5QGNIXEwmrUAiN4EEO3fXCUKhi8KNv6le5j8efieSFvNGQ&oe=6A0DB2
> F1
>
> **Product Type** REPLAYABLE



**Linked Media File:** linked_media/unified_message_742461578957055.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 04:52:03 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** (1612488676510173)

**Type** image/jpeg

**Size**

**URL** https://interncache-eag.fbcdn.net/v/t69.46293-2/696488156_1612488679843506_850806332032684292_n.?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=ed1755&efg=eyJ1cmxnZW4iOiJwaHBfXJsZ2VuX2NsaWWVudC9pbW9nZW46RW50TWVzc2FnZVJhdmVuSW1hZ2UtRFlJTWVkaWFFVdGlscy1vdGhlcl9kYXRhX21vZGVsIn0%3D&_nc_zt=28&_nc_gid=8jhDceyr1MdphpzSGzVVlQ&oh=03_Q7cD5QEFXJOVrl3EZHtWG19N5kUgP6x2cSxaK_7VQHmALSP1yA&oe=6A0D8FC5

**Product Type** REPLAYABLE



**Linked Media File:** linked_media/unified_message_1612488676510173.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 05:05:20 UTC

**Body** ZOOWEEMAMA

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 05:25:28 UTC

**Body** Reacted 😩 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 05:29:03 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** (1505059037869708)

    **Type** image/jpeg

    **Size**

    **URL** https://interncache-eag.fbcdn.net/v/t69.46293-
2/672009995_1505059041203041_1587547798170313080_n.?stp=dst-
jpg_p843x403_tt6&ccb=1-
7&_nc_sid=ed1755&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW
9nZW46RW50TWVzc2FnZVJhdmVuSW1hZ2UtRFlJTWVkaWFVdGlscy1vdGhlcl9k
YXRhX21vZGVsIn0%3D&_nc_zt=28&_nc_gid=8jhDceyr1MdphpzSGzVVlQ&oh=
03_Q7cD5QGuiGef-
evYk8p4gvnS8EZb0WB3PgJcNGpihY9XPGRRKA&oe=6A0D8226

    **Product Type**

REPLAYABLE



**Linked Media File:** linked_media/unified_message_1505059037869708.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 05:29:18 UTC

**Body** Fake news Leon doesn't die ever

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 05:31:21 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**   **Date Created** Unknown

**Text** Tonight, @thv took a turn in the audience as he watched @gracieabrams and @dojacat perform at #VogueWorld: Hollywood. No stranger to a fashion show either, the @bts.bighitofficial star dressed in a look that could have easily appeared on the runway.

**Url** https://www.instagram.com/reel/DYCv1jaChem/?id=3891883416337651622_24051069079

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 05:31:30 UTC

**Body** dude what the fak

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

Meta Platforms Business Record Page 83

2026-05-13 05:33:28 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**      **Date Created** Unknown

**Text** What fell on bro 😵 #funny #skits #comedy #explore

**Url** https://www.instagram.com/reel/DYPt49YOt7o/?
id=3895534028987227880_61444468490


**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 05:38:29 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-835703332939891 (835703332939891)

**Type** image/jpeg

**Size** 49488

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-
9/642751809_1602772487631787_8344265172416997675_n.jpg?stp=dst-
jpg_p720x720_tt6&ccb=1-
7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9
nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2
RlbCJ9&_nc_ad=z-
m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QFfJ0qk2kZmr_j1slxV8pbZlOYkX1lti3
OqKzdklddaqw&oe=6A332E71



Meta Platforms Business Record Page 89

**Linked Media File:** linked_media/unified_message_835703332939891.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 05:45:19 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1448907583641531 (1448907583641531)

> **Type** image/jpeg
>
> **Size** 24593
>
> **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/668134984_2108027636649267_8617075360835542959_n.jpg?ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHj5IzWq_3waF32SAjNc0ZdPLQIVor8QW8WuHxm7_V9dw&oe=6A333CF4



**Linked Media File:** linked_media/unified_message_1448907583641531.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 05:53:41 UTC

**Body** deez nuts

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 05:54:58 UTC

**Body** Who's the guy that made the song Thunder

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 05:56:28 UTC

**Body** ur not slick buddy

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 05:57:44 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Attachments** image-1647604406491500 (1647604406491500)

      **Type** image/jpeg

      **Size** 29066

      **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/700096462_1647604409824833_6556989969102308695_n.jpg?ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHexmUViXL-iVCqPZTwqJm6CwVsovedztEjNuJ2QpM3mg&oe=6A332820



Meta Platforms Business Record Page 03

**Linked Media File:** linked_media/unified_message_1647604406491500.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 14:57:40 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**   **Date Created** Unknown

**Url** https://www.instagram.com/stories/kissmyxm15/3896018586691358921

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 14:58:54 UTC

**Body** So freaking adorable you need to let me watch you play NGO again or honestly DDLC because i never got to watch you play

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 15:00:38 UTC

**Body** also i didn't say this but i ordered something that i think you'll like not going to show you till they get here though

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 17:30:46 UTC

**Body**

Meta Platforms Business Record Page 93

YES YES YOU SHOULD WATCH ME GET THE REST OF THE ENDINGS

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 17:30:57 UTC

**Body** how long

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 18:14:05 UTC

**Body** i feel back to sleep i didn't go to sleep till 7 something 😩

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 18:14:49 UTC

**Body** but im going to KMS because for all my cosplay stuff to arrive it's going to be like 2 weeks

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 18:16:04 UTC

**Body** But on other stuff should either Tuesday or Wednesday

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 18:16:18 UTC

**Body** Actually dreadful i need it NOW

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 18:18:29 UTC

**Body** I'll go pack it and deliver it myself since they take too long :D

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 18:20:45 UTC

**Body** PLEASE PLEASE I NEED IT

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 18:21:05 UTC

**Body** i want to tell you but it would ruin the surprise

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 18:23:50 UTC

**Body** I may get prime it does speed it up a few days

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 18:28:24 UTC

**Body** just wait

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 19:08:08 UTC

**Body** Mayyyybe

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 19:08:13 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments**

image-1474044580834817 (1474044580834817)

**Type** image/jpeg

**Size** 24127

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/652710723_1477780077113958_465178275851310122_n.jpg?ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50WVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QH87XUNmv03ACc231H5STwB0HrEX_ylx8klF1Rta2QSTw&oe=6A33280E



Meta Platforms Business Record Page 98

**Linked Media File:** linked_media/unified_message_1474044580834817.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 19:34:12 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-983466247430590 (983466247430590)

        **Type** image/jpeg

        **Size** 15874

        **URL** https://interncache-eag.fbcdn.net/v/t1.15752-
        9/688198910_1016823917669300_1973062145272299636_n.jpg?stp=dst-
        jpg_p600x600_tt6&ccb=1-
        7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9
        nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2
        RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHEqt2Bg-
        6ont431mUpRhqb8xxYdNjtcnA8MiedT8VCug&oe=6A331B86



**Linked Media File:** linked_media/unified_message_983466247430590.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 19:51:24 UTC

**Body** Reacted 💙 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:09:40 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share** **Date Created** Unknown

**Text** ☀️ 로스앤젤레스는 도로를 흰색으로 칠하고 있습니다 🇺🇸 극심한 폭염과 '도시 열섬 현상'에 대응하기 위해, 시는 검은 아스팔트 도로 표면에 특수 반사 도로를 적용하고 있습니다. 이 간단한 방법으로 태양열을 흡수하는 대신 우주로 반사시켜, 도로 표면 온도를 최대 약 15도까지 낮출 수 있습니다. 이는 도시를 식히고, 혹독한 여름에 사람들의 생명을 보호하기 위한 대규모 실험입니다. #일본 #혁신 #지속가능한발전 #기술 #극한환경

**Url** https://www.instagram.com/reel/DXmovleiNLw/?id=3883970920570213104_25682729686

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:15:00 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share** **Date Created** Unknown

**Text**

Meta Platforms Business Records Page 99

buny is in the bath 💗 🎀 this is so high effort follow me! #waitimbnuyy

**Url** https://www.instagram.com/reel/DSUcsubkiFn/?id=3788779405339402599_77187070466

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:20:50 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**   **Date Created** Unknown

**Text** 请您说得慢些好吗 🔥🔥🔥#reels #funny #viral #meme #dankmemes #fnafmemes

**Url** https://www.instagram.com/reel/DR7Eb3ckcvW/?id=3781635819254696918_67221806338

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:21:04 UTC

**Body** bruh yk how last time I saw my mom I thought she was gonna die

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:21:21 UTC

**Body** yeah I'm pretty sure she actually is now at least how the nurse was talking she is

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent**

2026-05-13 20:21:25 UTC

**Body** bc her liver

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:21:32 UTC

**Body** and also her hip is worse

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:21:34 UTC

**Body**

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:23:04 UTC

**Body** what the hell this isn't fair at all like actually not to you or her i know you don't really see her but do you think you will this time

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:23:20 UTC

**Body**

Have you talked to her on the phone any sense the last time we talked about it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:24:08 UTC

**Body** no like I made an effort to see her this time hoping maybe it would help but it's like really bad this time

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:24:11 UTC

**Body** so

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:24:44 UTC

**Body** her ammonia levels are like 2 or 300 which is shit so she is really confused and just it's just bad

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:27:27 UTC

**Body** kat i'm sorry the shit you go through would put me out i don't know how you manage i know it's hard from how me and you have talked about it over time

**Disappearing Message**

Meta Platforms Business Records Page 103

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:28:14 UTC

**Body** why do these things happen to you in your life everything gets worse by the day it seems and i just want to help you find some way out of it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:28:32 UTC

**Body** Are you saying you are going to make the effort to go see her or you have already gone and seen her

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:29:49 UTC

**Body** no I've been seeing her for the past couple of weeks

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:30:59 UTC

**Body** she can't get a transplant on her hip bc she needs her liver first but that's gonna be over 6 months and even if she survives she has to get on the list then which could be even longer so like idk

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:31:03 UTC

**Body** if that makes sense to you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:31:16 UTC

**Body** but it's just gonna be a long time and her liver is shit so it's fucking her up bad

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:31:48 UTC

**Body** and then my aunt died apparently today but it doesn't bother me much bc I wasn't close to her like I use to be

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:32:39 UTC

**Body** Bro what is wrong with the doctors they have a person dying right in front of them and they want her to wait even longer actually pisses me off knowing that there isn't actually nothing that can be done

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:33:06 UTC

**Body** it's just kinda like a bomb waiting to go off and the doctors just don't care

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:34:06 UTC

**Body** it's not really the doctors fault you have to understand her past with drugs she's been in this hospital a bunch and so it's kinda like why transplant to a druggie when there are others who need it to live when she could just go back to drugs and mess herself up again

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:34:16 UTC

**Body** it's really just her fault

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:34:21 UTC

**Body** she knows it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent**

2026-05-13 20:34:30 UTC

**Body** everyone does but we are still trying

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 20:35:07 UTC

**Body** I really had so much hope to fix my relationship w my mom but there's no point it's just another reason to kms really

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:38:43 UTC

**Body** i know but she is a person to at that someone you actually love and you tried you did try and she seen you coming to visit her and if you don't think she really cared she did she knows why she's there in that state i just wish the doctors cared more even after her history with them

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:40:33 UTC

**Body** and i really am sorry if i brought more stress to you on top of things with you going to visit your mom and seeing her in her condition i didn't know it was getting this bad again i know i've bothered you a lot a few weeks ago

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 20:42:19 UTC

**Body**

You know i hope to be your temporary escape before we decide anything i know you said just another reason to kys and i want to be with you till the end

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 21:05:09 UTC

**Body** I just I dunno

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 21:05:37 UTC

**Body** I hope she gets better but like she's still in contact with her stupid boyfriend so even if she gets better she's just gonna go back

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-13 21:05:57 UTC

**Body** it's just out of my control I can't do anything

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 23:18:29 UTC

**Body** i just woke up from being a chud sleeping all day felt like i needed more

**Disappearing Message**

Meta Platforms Business Record Page 108

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 23:20:01 UTC

**Body** And just try to stay busy in the mean time to keep your mind busy if you ever feel like you need to talk about it come to me ok

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 23:20:55 UTC

**Body** what i've been doing to shut my brain off is to sleep all day and play the game at night i wouldn't take tips from me im pretty bad myself but i want to suffer with you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-13 23:23:25 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1697441084771601 (1697441084771601)

**Type** image/jpeg

**Size** 17347

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/639758623_1626042282148738_2177117138325569843_n.jpg?ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QGIoOwv5P6zknBFsCyW4l5DBpJxgv5c2SwThfVij4UDLg&oe=6A3331AD



**Linked Media File:** linked_media/unified_message_1697441084771601.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 01:17:53 UTC

**Body** I'm so sad resident evil never came to the item shop

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 01:17:58 UTC

**Body** I feel scammed

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 01:19:15 UTC

**Body** Me to honestly I wanted Chris so bad

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 01:20:52 UTC

**Body** Scammed out of a game to because they basically threw their game in the garbage

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms Business Records Page 130

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 01:20:55 UTC

**Body** it's so trash now

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 01:23:12 UTC

**Body** yeah I regret all my money put into it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 01:23:31 UTC

**Body** you always talked like i would one day

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 01:23:36 UTC

**Body** and i was in denial

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

Meta Platforms Business Record Page 107

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 01:23:48 UTC

**Body** but i think you got me because i do to

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 01:29:12 UTC

**Body** Kat are you going to let me watch you play Needy Girl overdose Later tn

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 01:31:06 UTC

**Body** I know you stay up really late so if you wanna play i'm talking late we should

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:01:07 UTC

**Body** I got my stuff to come in friday

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent**

2026-05-14 03:01:08 UTC

**Body** possibly I dunno if I'm gonna play yet I'm still bummed I lost that cheat code to get the last 5 endings

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:01:21 UTC

**Body** bro payed for prime BAAAAHAAA

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:01:42 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-988303024157490 (988303024157490)

> **Type** image/jpeg
>
> **Size** 17510
>
> **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/632946645_1972813003594076_784445952180042963_n.jpg?ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZItYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHx6m6bUvN-j_tlD2GPckpYWXwNAc6Eq66Gj7LlBBgFlA&oe=6A3320AD



**Linked Media File:** linked_media/unified_message_988303024157490.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:01:51 UTC

**Body** Im going to eat you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:02:03 UTC

**Body** eat deez

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:02:06 UTC

**Body** BAAAAGAAA

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:02:10 UTC

**Body** DEEZ NUTS

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:02:12 UTC

**Body** BAAAAAA

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:02:17 UTC

**Body** You sent a GIF.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**       **Date Created** Unknown

**Url** https://media3.giphy.com/media/v1.Y2lkPTIwMmUwMjFmcW40cmNmeDh5ZzhnbDk4ND Z6b2M0c2xwMW91bW1sYXBlNnlhMnd3ZyZlcD12MV9naWZzX2dpZklkJmN0PWc/Iy1PWG Pb7Hz3AI4e3T/200.gif

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:02:23 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1993054821585154 (1993054821585154)

**Type** image/jpeg

**Size** 24096

**URL**

Meta Platforms Business Record Page 135

https://interncache-eag.fbcdn.net/v/t1.15752-
9/634140627_1136578538487685_1645603387856400259_n.jpg?ccb=1-
7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVz
c2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-
m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHkNnUGcfM39uRRV9-gAy_--
LngJC8BuOYTAjXvDndK9g&oe=6A33420D



**Linked Media File:** linked_media/unified_message_1993054821585154.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:02:50 UTC

**Body** but deadass play with me tn

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:02:56 UTC

**Body** okayill try

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:03:35 UTC

**Body** I wanna show you something i was waiting to play but since you don't really know

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:03:40 UTC

**Body** i'll go ahead and show

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:04:22 UTC

**Body** oki

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:04:34 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-988824643664041 (988824643664041)

    **Type** image/jpeg

    **Size** 86036

    **URL** https://interncache-eag.fbcdn.net/v/t1.15752-
9/688928094_988824646997374_6772259962939886397_n.jpg?stp=dst-
jpg_p843x403_tt6&ccb=1-
7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9
nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2
RlbCJ9&_nc_ad=z-
m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHWoFceY6R_tFFzzuasaxvsxLnbTkZ
4XR8KXVjBghX19Q&oe=6A3312A5



Meta Platforms Business Records Page 116

**Linked Media File:** linked_media/unified_message_988824643664041.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:05:00 UTC

**Body** I made you a new one practice makes perfect so obviously can tell i fucked up

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:06:04 UTC

**Body** Don't laugh

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:07:04 UTC

**Body** STOP doing that

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:07:33 UTC

**Body** kat it's ok

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:08:01 UTC

**Body** it's not deep

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:08:34 UTC

**Body** it is bigger than the last

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:08:58 UTC

**Body** here i'll give you a sneak peak of what i'm getting

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:09:06 UTC

**Body** okiii

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

Meta Platforms Business Record Page 120

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:09:22 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1283961780383842 (1283961780383842)

> **Type** image/jpeg
>
> **Size** 28951
>
> **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/689596651_1283961783717175_6674027337726344656_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpcHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QFsjYw8C40UDftjVtUvReXrkiPsV-qXI56OXVzOYBSQEQ&oe=6A333675



Meta Platforms Business Record Page 121

**Linked Media File:** linked_media/unified_message_1283961780383842.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:09:57 UTC

**Body** can't show the ears or collar

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:10:05 UTC

**Body** got to wait for those

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 03:11:52 UTC

**Body** BRO WHY DID YOU GET THAT

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:12:52 UTC

**Body** Live to see days like this

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:13:03 UTC

**Body** it's past dew honestly

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:13:40 UTC

**Body** should have happened a long time ago

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:16:57 UTC

**Body** and also why are you acting like your not into it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 03:20:48 UTC

**Body** fine nvm i didn't get the gloves

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

Meta Platforms Business Record Page 123

kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 04:04:38 UTC

**Body** yes you did

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 04:05:43 UTC

**Body** made me crawl back into my hiding hole and cringe at myself

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 04:10:08 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1713378016319779 (1713378016319779)

      **Type** image/jpeg

      **Size** 32423

      **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/687641597_2822478864784533_3620516336465997362_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QFO-BAksaTM_xMoehqCOFWzbn496R9k309sYa8mNqgetQ&oe=6A3346EE



**Linked Media File:** linked_media/unified_message_1713378016319779.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 04:11:07 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**     **Date Created** Unknown

**Text** 🎬Death Note (deathnote) 📅 Release Date: 2006 🎬 Studio: Madhouse 🧠 Genre: Psychological • Thriller • Supernatural • Mystery 📖 Storyline Light Yagami was never meant to live an ordinary life. Gifted with unmatched intelligence and cursed with unbearable boredom, he saw the world for what it truly was—a broken system where evil thrived and justice remained blind. Everything changed the day he found the Death Note, a black notebook that carried the power of a god. With a single name and a face in mind, he could end anyone's life. At first, it felt like justice. Criminals began dying. The world began to change. And Light began to believe he wasn't just human anymore. He was becoming something greater. But power never exists without opposition. Somewhere in the shadows stood L, a detective so brilliant that he could challenge even a god. Their battle was never fought with fists or weapons, but with intellect, manipulation, and psychological warfare. Every move was calculated. Every word carried hidden meaning. Light lived as both hunter and hunted, pretending to be innocent while secretly shaping the fate of the world. He sacrificed emotions, relationships, and pieces of his humanity, all for the sake of becoming the god of a new world. Yet the Death Note was never just a weapon—it was a mirror. It revealed the truth about Light himself. The more he used it, the further he drifted from justice and closer to tyranny. What began as a mission to save the world slowly became a mission to control it. The line between hero and villain disappeared completely. In the end, the greatest question was never whether Light could defeat his enemies, but whether he had already lost himself. Because the moment a human believes they are justice, they stop being human at all.

**Url** https://www.instagram.com/reel/DWxvVKWkaQI/?id=3869081717299061768_80194321766

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 04:11:52 UTC

**Body** wait this is cannon 100%

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 04:33:13 UTC

**Body** if light was STUPID MAYBE

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

Meta Platforms Business Records Page 125

2026-05-14 05:15:18 UTC

**Body** i know the show has been peak i'm not going to lie sorry for ever doubting that

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 05:16:18 UTC

**Body** im on episode 24

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 05:17:14 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** (1635209934423042)

**Type** image/jpeg

**Size**
**URL** https://interncache-eag.fbcdn.net/v/t69.46293-
2/699529331_1635209937756375_4581769747255929017_n.?stp=dst-
jpg_p843x403_tt6&ccb=1-
7&_nc_sid=ed1755&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW
9nZW46RW50TWVzc2FnZVJhdmVuSW1hZ2UtRFlJTWVkaWFVdGlscy1vdGhlcl9k
YXRhX21vZGVssIn0%3D&_nc_zt=28&_nc_gid=8jhDceyr1MdphpzSGzVVlQ&oh=
03_Q7cD5QFoEHsKpyxH515LWjnk1UbhJJxgsd0hnce-
R2HgBDLB7g&oe=6A0DA46F

**Product Type** REPLAYABLE



**Linked Media File:** linked_media/unified_message_1635209934423042.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 13:14:13 UTC

**Body** took you long enough

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 14:51:18 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**      **Date Created** Unknown

**Text** Chudthebuilder, whose real name is Dalton Eatherly, is a Clarksville, Tennessee-based contractor, IRL livestreamer, and social media personality known for provocative "rage-bait" and race-bait videos. He often approaches strangers (frequently Black people in public), uses racial slurs like the N-word, films their reactions, and frames it as exposing "chimp outs" while branding himself as a free speech patriot and America First Christian. He has built a large following on X (over 220k) through confrontational content that supporters praise as bold truth-telling and critics slam as racist trolling. Very recent events (as of May 13, 2026): Just days after being arrested in Nashville on May 9 for allegedly causing a scene at a steakhouse, refusing to pay a nearly $400 bill while livestreaming, and charges including theft of services, disorderly conduct, and resisting arrest, he was involved in a shooting outside the Montgomery County Courthouse in Clarksville. A man allegedly confronted and attacked him after mocking his content; Eatherly fired multiple shots in claimed self-defense, hitting the other man and accidentally grazing himself. Both were hospitalized in stable condition, and he was taken into custody as the incident is investigated. #chudthebuilder #viral

**Url** https://www.instagram.com/reel/DYTB2KLIG0h/?id=3896466222427958561_39603799391

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 14:51:47 UTC

**Body** Reacted 🙄 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

2026-05-14 22:24:33 UTC

**Body** Do you like watching parodies

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 22:24:56 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** (1263301255783868)

    **Type** image/jpeg

    **Size**
    **URL** https://interncache-eag.fbcdn.net/v/t69.46293-
    2/696224289_1263301259117201_7536477787611891466_n.?stp=dst-
    jpg_p843x403_tt6&ccb=1-
    7&_nc_sid=ed1755&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW
    9nZW46RW50TWVzc2FnZVJhdmVuSW1hZ2UtRFlJTWVkaWFVdGlscy1vdGhlcl9k
    YXRhX21vZGVsIn0%3D&_nc_zt=28&_nc_gid=8jhDceyr1MdphpzSGzVVIQ&oh=
    03_Q7cD5QFM4DbgGGUx9yWmfzTXA1KOkhemawBGU_Lv4m27qiUiyg&oe=6A
    0DAEBB

    **Product Type** REPLAYABLE



Meta Platforms Business Record Page 128

**Linked Media File:** linked_media/unified_message_1263301255783868.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 23:19:41 UTC

**Body** no

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 23:19:58 UTC

**Body** A pair of Deez Nuts

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-14 23:20:19 UTC

**Body** well I said no so that's not how it works

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 23:21:14 UTC

**Body** damn

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms Business Records Page 129

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-14 23:21:25 UTC

**Body** worth a shot

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 00:15:16 UTC

**Body** You sent a GIF.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**      **Date Created** Unknown

**Url** https://media2.giphy.com/media/v1.Y2lkPTIwMmUwMjFmYzZ2aDV2YXI0NWlqd2l3a2c5N
G41dHRxamRsandneXNoMGNzcTRwaCZlcD12MV9naWZzX2dpZklkJmN0PWc/GTEcxSyjz
XQkObiGjc/200.gif

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:01:18 UTC

**Body** holy chud i actually slept all day Alriiiiight where r you finding these gifs

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:04:14 UTC

**Body** Ethan sent an attachment.

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Share**   **Date Created** Unknown

**Text** 🇯🇵 札幌（特集第2弾）が「北極圏ソーラー蓄電アイスリンク」を導入しました！ これは1MWの太陽光発電アレイと2MWhのバッテリーシステムを利用して、札幌にある世界最大級のアイスリンク複合施設に電力を供給するものです。夏に蓄えた太陽エネルギーを使って極夜の期間に氷を凍らせることで、日本北部の都市が世界初の太陽光発電によるウィンタースポーツの拠点となりました！☀️🔋⛸️❄️⚡ この季節間のエネルギー貯蔵ソリューションにより、氷のメンテナンスからディーゼル燃料の使用が完全に排除されました。 札幌は北方の長い日照時間の太陽光をアイスリンクのエネルギーとして蓄え、日本屈指のウィンタースポーツ都市のアイスホッケー場を冬の夜でもクリスタルのように美しく輝かせています。 🇯🇵 夏の太陽が冬の氷を凍らせる — 札幌は、季節間の蓄電ソリューションが寒冷地のウィンタースポーツの動力源になり得ることを証明しています！ ⛸️💚 #Sapporo #Japan #SolarStorage #IceRink #WinterSports #CleanEnergy #SeasonalBattery credit: tt/blue_buu

**Url** https://www.instagram.com/reel/DYEmZWXCsHG/?id=3892404845718192582_31687376900

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 02:37:10 UTC

**Body** MIKOR perfect

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 02:37:19 UTC

**Body** what he meant to say^

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:52:08 UTC

**Body** I've been wanting to get a switch just to play tomodachi life

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent**

2026-05-15 02:52:23 UTC

**Body** bro it's not worth it trust

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:52:24 UTC

**Body** Kat

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 02:52:30 UTC

**Body** it'll be dead by next month

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:52:37 UTC

**Body** Im going to start the allegations again

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 02:52:42 UTC

**Body**

huh

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:52:42 UTC

**Body** since your so rich

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:52:45 UTC

**Body** Buy me one

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 02:52:52 UTC

**Body** I'M NOT RICH

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:53:04 UTC

**Body** im going to start rage baiting again

**Disappearing Message**

Meta Platforms Business Record Page 133

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:53:07 UTC

**Body** Ethan sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-843713578237066 (843713578237066)

          **Type** image/jpeg

          **Size** 17510

          **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/632946645_1972813003594076_784445952180042963_n.jpg?ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHx6m6bUvN-j_tlD2GPckpYWXwNAc6Eq66Gj7LlBBgFlA&oe=6A3320AD



Meta Platforms Business Record Page 134

**Linked Media File:** linked_media/unified_message_843713578237066.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 02:53:13 UTC

**Body** I can't even buy sallyface bc I'm broke how am I gonna get you a switch

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:53:59 UTC

**Body** Ethan sent a video.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** (1174095701456946)

    **Type** video/mp4

    **Size**
    **URL** https://video.xx.fbcdn.net/o1/v/t2/f2/m549/AQNjs9R76rXt-
       0XUOkhdX3BsUY1HodPGybzgecYsIzaiSCjtb55zr3h07e3RYQtYDD9aGW43xjh7C
       vxUWbCEUAKcrL437lih4Em-YsZv6Q.mp4?
       _nc_sid=494a23&_nc_ht=video.xx.fbcdn.net&ccb=17-
       1&_nc_gid=8jhDceyr1MdphpzSGzVVIQ&_nc_zt=28&oh=03_Q7cD5QHbCR0jO4
       1HgPMyKIhk65TkZQreWNUQIytOsV3sgchEbw&oe=6A0D8F02

    **Product Type** REPLAYABLE



Meta Platforms Business Record Page 135

**Linked Media File:** linked_media/unified_message_1174095701456946.mp4

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:54:04 UTC

**Body** Bro he thinks he's slick

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:54:56 UTC

**Body** Ill apple pay you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 02:56:06 UTC

**Body** why tf is overwatch in fortnite

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 03:22:38 UTC

**Body** NO

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 03:22:53 UTC

**Body** I dunno but I wish they added dva with long hair

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 03:22:56 UTC

**Body** I would've copped

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 03:23:17 UTC

**Body** ragebait

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 03:23:37 UTC

**Body** overwatch in 2026 i don't know have you played any lately

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

Meta Platforms Business Records Page 137

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 04:16:52 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**    **Date Created** Unknown

**Text** 🎮 Tomodachi Life On a quiet island, you become the unseen architect of a bizarre little world where Mii characters—friends, celebrities, or completely random creations—live out their daily lives. There's no traditional "storyline" pushing things forward; instead, the game thrives on spontaneous, often hilarious interactions. Islanders form friendships, argue over nonsense, confess love in dramatic ways, and sometimes break hearts just as quickly as they built them. As the caretaker, you step in to solve their problems—whether it's giving advice, choosing outfits, feeding them strange foods, or guiding their relationships. Over time, deeper bonds form: couples get married, have children, and expand the island's population. Dreams, musical performances, and absurd mini-events add to the surreal charm, making every moment feel unpredictable and oddly personal. Ultimately, Tomodachi Life isn't about reaching an ending—it's about watching a living, evolving social experiment unfold. The "plot" is whatever chaos your Miis create, blending comedy, randomness, and a surprisingly emotional connection to these tiny digital lives. #TomodachiLife #LifeSimulation #Nintendo3DS #WeirdComedy #VirtualChaos

**Url** https://www.instagram.com/reel/DXfDNCIxHq_/?id=3881835493603965631_80439961323

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 19:14:14 UTC

**Body** yeah a little bit

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 19:50:56 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**    **Date Created** Unknown

**Text** #🇯🇵 Japan is turning footsteps into electricity! Using piezoelectric tiles, every step you take generates a small amount of energy. Millions of steps together can power LED lights and displays in busy places like Shibuya Station. A brilliant way to create a sustainable and smart city • turning m...

**Url** https://www.instagram.com/reel/DVr8z4lDFN2/?id=3849437754753307510_42215223634

**Author**

Meta Platforms Business Records Page 138

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 19:51:00 UTC

**Body** sorry

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 19:51:21 UTC

**Body** kat i'm actually such a twink i'll show you in a little bit you'll understand

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-15 22:46:51 UTC

**Body** You sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**   **Date Created** Unknown

**Text** Tonight, @thv took a turn in the audience as he watched @gracieabrams and @dojacat perform at #VogueWorld: Hollywood. No stranger to a fashion show either, the @bts.bighitofficial star dressed in a look that could have easily appeared on the runway.

**Url** https://www.instagram.com/reel/DYXSi2SOe47/?id=3897665562099707451_26043521587

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-15 23:10:11 UTC

**Body** Reacted 😣 to your message

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 01:34:05 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**    **Date Created** Unknown

   **Text** # 🇯🇵 Japan is turning footsteps into electricity! Using piezoelectric tiles, every step you take generates a small amount of energy. Millions of steps together can power LED lights and displays in busy places like Shibuya Station. A brilliant way to create a sustainable and smart city • turning m...

   **Url** https://www.instagram.com/reel/DVQH3GBFJYx/?id=3841605054504408625_79031233598

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 01:40:29 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**    **Date Created** Unknown

   **Text** # 🇯🇵 Japan is turning footsteps into electricity! Using piezoelectric tiles, every step you take generates a small amount of energy. Millions of steps together can power LED lights and displays in busy places like Shibuya Station. A brilliant way to create a sustainable and smart city • turning m...

   **Url** https://www.instagram.com/reel/DVgjPEVjPbU/?id=3846229048850970324_72487175976

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 20:11:54 UTC

**Body** Don't want to get caught i've already been questioned twice why i'm buying guns

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 20:37:27 UTC

**Body** talking guns anything you would like to use someday or try

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-16 21:06:50 UTC

**Body** I dunno why

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 21:16:48 UTC

**Body** i'm kinda surprised i was thinking you would have had a lot to say or had a favorite gun in mind

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 21:17:24 UTC

**Body** knowing how much your involved with tcc and the way you talked to me the other day

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-16 21:37:27 UTC

**Body** I don't have anything to say about it no

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 21:52:57 UTC

**Body** feeling ok if you want to talk about something u know im here or i can cut for you or get you sally face if you want something to play

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 21:53:54 UTC

**Body** here i'll leave you alone im never busy so if you want to hang or play anytime lmk

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 21:55:48 UTC

**Body** Ethan sent 2 photos.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments**

image-1656366922077242 (1656366922077242)

**Type** image/jpeg

**Size** 26920

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/676475349_1656366928743908_5547894231659768682_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QHX4aVxWA7Y4nX70PyrWgtRW5q_sIewF64LM_kxU3hVsA&oe=6A3312B0



Meta Platforms Business Record Page 143

**Linked Media File:** linked_media/unified_message_1656366922077242.jpg

image-1785252842848148 (1785252842848148)

**Type** image/jpeg

**Size** 76945

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/694794897_1785252846181481_4369101343877957499_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlIn0&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QGnvoTXx0qw6Cq7NEhjKsFo17oeBG2U6O1FaMOMt5IkCQ&oe=6A333A5B



**Linked Media File:** linked_media/unified_message_1785252842848148.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-16 22:04:53 UTC

**Body** oki I'll lyk I'm just feeling kinda sick rn

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-16 22:04:59 UTC

**Body** no way you got them

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 22:08:23 UTC

**Body** you got the hantavirus

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-16 22:08:57 UTC

**Body** i was going to get paws and collar to but u made me shy

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-16 23:28:08 UTC

**Body** I hope not I don't wanna drown in lung fluid that's gross

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 02:51:22 UTC

**Body** i creamed Reminded me of bo2 Zombies

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 03:02:29 UTC

**Body** boi

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 05:12:35 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share** **Date Created**

Unknown

**Text** Tonight, @thv took a turn in the audience as he watched @gracieabrams and @dojacat perform at #VogueWorld: Hollywood. No stranger to a fashion show either, the @bts.bighitofficial star dressed in a look that could have easily appeared on the runway.

**Url** https://www.instagram.com/reel/DYaBGpgPOK3/?id=3898433282370233015_76171010460

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 05:15:27 UTC

**Body** You sent a GIF.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**    **Date Created** Unknown

**Url** https://media3.giphy.com/media/v1.Y2lkPTIwMmUwMjFmeHBzcXJjeWpwNmU0ejh4ZWI5aW5hbmlrdzQzNHN5NzUwZDNoN3U4ayZlcD12MV9naWZzX2dpZklkJmN0PWc/2g6sCTsSoVuSfSxK4W/200.gif

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 05:19:38 UTC

**Body** Ethan sent an attachment.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Share**    **Date Created** Unknown

**Text** #minecraft #challenge #clips #alive #viral

**Url** https://www.instagram.com/reel/DYOPpwvNV6z/?id=3895119568249904819_46467668437

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 05:20:34 UTC

**Body** Reacted 😺 to your message

**Disappearing Message**

Meta Platforms Business Record Page 147

Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 07:46:16 UTC

**Body** ethan

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 07:46:37 UTC

**Body** Yeah

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 07:46:53 UTC

**Body** convince me to go deeper

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 07:48:36 UTC

**Body** I can convince you

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms Business Records Page 148

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 07:48:41 UTC

**Body** deeper on what

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 07:50:37 UTC

**Body** yk what

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 07:51:06 UTC

**Body** I want to butim always too afraid I'll go too far convince me to do it tn

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 07:52:24 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments**

(1699633531036526)

**Type** image/jpeg

**Size**
**URL** https://interncache-eag.fbcdn.net/v/t69.46293-
2/701183871_1699633534369859_3737875429306389995_n.?stp=dst-
jpg_p843x403_tt6&ccb=1-
7&_nc_sid=ed1755&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50
TWVzc2FnZVJhdmVuSW1hZ2UtRFlJTWVkaWFVdGlscy1vdGhlcl9kYXRhX21vZGVsIn0%3D&_nc_
zt=28&_nc_gid=8jhDceyr1MdphpzSGzVVIQ&oh=03_Q7cD5QECOdoZmrMeaD2wK6zitAuxXJxl
cO_0cJCAnv8BoD-BlA&oe=6A0DB54B

**Product Type** REPLAYABLE



**Linked Media File:** linked_media/unified_message_1699633531036526.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 07:59:15 UTC

**Body** im sitting here not knowing what to say ive never had the choice over someone like this

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:00:17 UTC

**Body** you can't do it tn your waiting on me that's not fair

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:00:46 UTC

**Body** how does it feel kat

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:00:56 UTC

**Body** i feel as if it's wrong but i want to see more

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 08:34:48 UTC

**Body** okay I think I'm done for tn

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 08:35:34 UTC

**Body** do you want to seestill

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:36:14 UTC

**Body** how bad did you get

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:36:31 UTC

**Body** i show you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 08:36:34 UTC

**Body** it's not too bad

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:36:43 UTC

**Body** if you want to show me you should

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 08:36:59 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1026254056493480 (1026254056493480)

       **Type** image/jpeg

       **Size** 26229

       **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/694284009_1026254059826813_2759078104904160569_n.jpg?stp=dst-jpg_p843x403_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QE8ax_vvghtfzZ_DU7-3nMTtcfCnLfmvTnF6B6_6IAacA&oe=6A33145D



Meta Platforms Business Records Page 153

**Linked Media File:** linked_media/unified_message_1026254056493480.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:38:10 UTC

**Body** pretty i need lessons

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:38:17 UTC

**Body** is your wrist/forearm your favorite

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:38:39 UTC

**Body** i love cutting my thighs

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 08:39:22 UTC

**Body** yeah I went higher up I have a doctor appointment and I can't let them see fresh ones I do the side of my wrist usually

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms Business Record Page 154

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:40:01 UTC

**Body** Yeah i dont wear shorts a lot anymore unless im by myself

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:40:18 UTC

**Body** just incase they move up to far and it shows

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:45:14 UTC

**Body** i'd let you cut me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 08:45:56 UTC

**Body** I'd let you cut me and I'd want you go deeper than I go

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:51:19 UTC

**Body** kat your cute you really are don't let your boyfriend find out about me even better if he doesn't know i was your Ex

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:51:33 UTC

**Body** Reacted 🩵 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 08:51:49 UTC

**Body** you know i'd love to when and if we meet

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 08:52:33 UTC

**Body** me and him aren't dating 😩 he asked me out but I was like scared to date him bc okay long story short remember the discord guy who was choppin it up

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent**

2026-05-17 08:52:50 UTC

**Body** yeah that's him which is a long time friend that I was on and off with

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 08:54:51 UTC

**Body** we started talking again and I was kinda getting interested in him but the thing is he's just really on and off a lot sometimes he hangs w me sometimes he just disappears so I don't wanna make anything official

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:07:18 UTC

**Body** gotcha you know i was thinking you were into this whole going behind your boyfriends back thing

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:07:23 UTC

**Body** i just never said anything

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:08:09 UTC

**Body**

just a little confused on why you want to make any plans with me irl like we talked about when you had one i was for it i just wasn't going to say anything

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:08:36 UTC

**Body** just a little confused on why you were wanting to make any plans with me irl like we talked about when you had one i was for it i just wasn't going to say anything (edited)

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:10:59 UTC

**Body** if you made things official with him would you stop talking to me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:13:20 UTC

**Body** if we were together I probably wouldn't have replied to you. and tbh if we were together I don't feel the same way about you like I use to so would it really matter if I talked to you? if he didn't want me to id listen but I don't see any problem rn I mean he has or had girl friends he talked to I'm sure he still does too

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:15:24 UTC

**Body** I feel like ur more of a safe place for me I guess. I can tell you about stuff I can't really talk to anyone else about not that I have anyone else besides you and him and sorta my other friend inu but I haven't really talked to her lately bc she's been weird to me

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:17:32 UTC

**Body** if I told anyone else my thoughts idk what they would say. he's got his own problems with his health so idk if he wants to talk about it. he's more I guess healthy about his metal while I'm negative. I think it would just be weird for me to tell him I wanna kill people and that I cut myself and that I wanna die

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:18:19 UTC

**Body** Reacted 💙 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:18:22 UTC

**Body** Reacted 💙 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:18:24 UTC

**Body** Reacted 💙 to your message

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

Meta Platforms Business Records Page 159

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:20:38 UTC

**Body** And that's very reasonable i would have understood that maybe would have just hunted you down and killed you not rlly not rlly idk but you know how i feel towards you i still love you obviously but not as if we were dating you know im wanting to be your safe place i hurt and have hurt myself and i couldn't tell that to anyone else besides you or else i would have been disowned

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:22:21 UTC

**Body** So you are also my safe place i would have understood if you had a boy friend but yeah i could see where him having girl friends would be an issue he probably flirts with them like i flirt with you still in different ways but i am concerned if you do end up being with him is our plans just cancelled

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:22:57 UTC

**Body** and the girl that's your friend what do you mean being weird like she's starting to cut you off

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:25:10 UTC

**Body** not necessarily I dunno if anything will happen between me and him. he seems like he really likes me but at the same time if he did I feel like id be more of a priority so I dunno. and inu no I'm honestly cutting her off kinda. it's hard to explain but it's like she's just really short with her replies or something so I've been distant

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

Meta Platforms Business Record Page 160

2026-05-17 09:26:35 UTC

**Body** Damn what you said about finding girls to be friends with online is a hard thing to do is true

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:26:51 UTC

**Body** have you tried

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:26:55 UTC

**Body** you finally find one and then that happens need more like you to be friends with

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:27:05 UTC

**Body** No not in my field of work

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:27:22 UTC

**Body**

Meta Platforms Business Record Page 161

I've had gay guys try to get with me

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:27:25 UTC

**Body** that's about it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:27:32 UTC

**Body** ew

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:27:41 UTC

**Body** probably the curly hair

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:27:47 UTC

**Body** maybe

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:27:53 UTC

**Body** i'm going to go bald

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:27:59 UTC

**Body** don't do that

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:28:04 UTC

**Body** let me talk to you about this

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:28:25 UTC

**Body** are Angle fang piercings a yes or a no

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:28:53 UTC

**Body** angel*

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:28:56 UTC

**Body** they're cool why

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:29:26 UTC

**Body** well eventually i'm getting piercings and those have peeled my interest the most

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:29:38 UTC

**Body** well eventually i'm getting piercings and those have peeked my interest the most (edited)

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

2026-05-17 09:29:47 UTC

**Body** well eventually i'm getting piercings and those have peaked my interest the most (edited)

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:30:11 UTC

**Body** you should test it before getting them

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:30:19 UTC

**Body** like fake ones first

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:30:25 UTC

**Body** to see if it suits you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:30:41 UTC

**Body** Reacted 🩵 to your message

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:31:16 UTC

**Body** yeah i like that probably need to before realizing im uglier with them

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:31:28 UTC

**Body** bro😭

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:31:41 UTC

**Body** how'd you not think of that

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:31:57 UTC

**Body** that is true though i was just going to full send it

**Disappearing Message** Off

**Disappearing Duration**

Meta Platforms Business Records Page 166

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:32:01 UTC

**Body** and hope for the best

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:32:05 UTC

**Body** isiot

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:32:15 UTC

**Body** 👀

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:32:31 UTC

**Body** well you know i am

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

Meta Platforms Business Record Page 167

kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:32:44 UTC

**Body** true you are

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:32:47 UTC

**Body** kat who are you talking to right now

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:32:57 UTC

**Body** the poopoo man

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:33:04 UTC

**Body** BROOOOO

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

2026-05-17 09:33:15 UTC

**Body** i still have your other stuck as that nickname

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:33:19 UTC

**Body** it won't let me change it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:33:28 UTC

**Body** the poopoo girl or somthing

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:33:29 UTC

**Body** I haven't been on my other acc

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:33:34 UTC

**Body**

Meta Platforms Business Records Page 169

I ditched it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:33:51 UTC

**Body** yeah since like your famous and rich now

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:33:58 UTC

**Body** hell no I'm not

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:33:58 UTC

**Body** gib me some moneh

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:34:11 UTC

**Body** I don't have money for sallyface

**Disappearing Message**

Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:34:26 UTC

**Body** if I did id use it so how do you expect me to lend you some

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:34:37 UTC

**Body** you know i've offered to buy it for you and i should just send you $16

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:34:45 UTC

**Body** no bruh

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:35:06 UTC

**Body** all you have to do is accept the offer not like you haven't bought me a $60 game

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:35:18 UTC

**Body** btw i have played

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:35:25 UTC

**Body** don't even say it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:35:32 UTC

**Body** yeah you got me a lot of fn stuff so no it's even

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:35:42 UTC

**Body** you probably did like twice

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:35:51 UTC

**Body** nah nah i don't remember so it didn't happen

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:36:25 UTC

**Body** NUH UH i've played it more than that i probably have atleast 11 play hours on it

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:36:44 UTC

**Body** thank you by the way

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:36:48 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1176682747876941 (1176682747876941)

**Type**

image/jpeg

**Size** 23827

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/645635790_1430977925375367_7579508572109729683_n.jpg?stp=dst-jpg_p600x600_tt6&ccb=1-7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2RlbCJ9&_nc_ad=z-m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QF7dAouDS9DVmbW6NvDb7-pfWuoRLwMCL7E77NSmZBoyg&oe=6A331AE5



**Linked Media File:** linked_media/unified_message_1176682747876941.jpg

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:36:52 UTC

**Body** 11 hours

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:37:01 UTC

**Body** 6 or maybe

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:37:04 UTC

**Body** maybe

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:37:10 UTC

**Body** s

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:37:15 UTC

**Body** e

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:37:23 UTC

**Body** You sent a photo.

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Attachments** image-1235526095129585 (1235526095129585)

    **Type** image/jpeg

    **Size** 49488

    **URL** https://interncache-eag.fbcdn.net/v/t1.15752-
    9/642751809_1602772487631787_8344265172416997675_n.jpg?stp=dst-
    jpg_p720x720_tt6&ccb=1-
    7&_nc_sid=68f744&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9
    nZW46RW50TWVzc2FnZUltYWdlLURZSU1lZGlhVXRpbHMtb3RoZXJfZGF0YV9tb2
    RlbCJ9&_nc_ad=z-
    m&_nc_cid=0&_nc_zt=23&oh=03_Q7cD5QFfJ0qk2kZmr_j1slxV8pbZIOYkX1lti3
    OqKzdklddaqw&oe=6A332E71



**Linked Media File:** linked_media/unified_message_1235526095129585.jpg

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:37:35 UTC

**Body** i'm actually giggling

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:37:41 UTC

**Body** that reaction picture

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:38:10 UTC

**Body** 67 was never funny I hope that kid dies a horrible death

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:38:18 UTC

**Body** Reacted 💙 to your message

**Disappearing Message** Off

**Disappearing Duration**

7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:38:22 UTC

**Body** Please

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:38:38 UTC

**Body** We can assist with that

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:38:46 UTC

**Body** i'd love to do the honors

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:39:19 UTC

**Body** good luck finding him I'm sure he's on a yacht somewhere stupid ass kid die die die die

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author**

ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:39:43 UTC

**Body** richer than both of us off of just saying a number

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:39:50 UTC

**Body** Get his ip now

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:40:15 UTC

**Body** somebody slime Mason out

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:40:24 UTC

**Body** ew is that his name

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent**

2026-05-17 09:40:30 UTC

**Body** Yes

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:40:35 UTC

**Body** ofc it is

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:40:38 UTC

**Body** Figures

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:41:13 UTC

**Body** but think about you could be playing sally face tomorrow

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:41:15 UTC

**Body**

if

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:41:17 UTC

**Body** you

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:41:18 UTC

**Body** just

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-17 09:41:21 UTC

**Body** no

**Disappearing Message** Off

**Disappearing Duration** 7 days

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-17 09:41:47 UTC

**Body** not tempting enough ok ok staying loyal to it

**Disappearing Message**